**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 14-7162

MICHAEL L. JONES,

            Plaintiff - Appellant,

      v.

LIEBER CI; PERRY CI WARDEN LARRY CARTLEDGE; ASSOC WARDEN
FLORENCE MAUNEY; RICHARD L. TURNER, SCDC Disciplinary
Hearing Officer; D FILMORE, Inmate Classification Committee
Chairperson; SCDC INMATE GRIEVANCE BRANCH HEADQTRS; PERRY
CORRECTIONAL INSTITUTION; SC DEPARTMENT OF CORRECTIONS,
Individually, and in their official Capacities,

            Defendants - Appellees.

Appeal from the United States District Court for the District of
South Carolina, at Charleston.  Joseph F. Anderson, Jr., Senior
District Judge.  (2:13-cv-02034-JFA)

Submitted:  December 18, 2014      Decided:  December 23, 2014

Before SHEDD, WYNN, and THACKER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Michael L. Jones, Appellant Pro Se.  James Adam Russell, Charles
Franklin Turner, Jr., WILLSON JONES CARTER & BAXLEY, P.A.,
Greenville, South Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Michael L. Jones appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on Jones' 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>See</u> <u>Jones v. Lieber Corr. Inst.</u>, No. 2:13-cv-02034-JFA (D.S.C. July 23, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

<u>AFFIRMED</u>